## Case No. 9,543.

### MILBURNE v. KEARNES.

[1 Cranch, C. C. 77.] [1]

Circuit Court, District of Columbia. March Term, 1802.

PLEADING AT LAW—AMENDMENT TO PLEA — CONDITIONS UPON WHICH GRANTED.

Leave to defendant to amend on payment of costs of the term or a continuance at the plaintiff's option.

Trespass. Assault and battery. Leave was given to the defendant to strike out his plea of son assault demesne, and plead molliter manus imposuit, on payment of the costs of the term to this time, or a continuance at the option of the plaintiff.

KILTY, Chief Judge, absent.